**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 6281600)
ak@kazlg.com.com
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., Suite 725
Beverly Hills, CA 90212
Telephone: (888) 595-9111
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*

**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,
Arstrat LLC, Getixhealth, and
Chasware Group Holdings, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HUNTER individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>ARSTRAT; GETIXHEALTH; CHASWARE GROUP HOLDINGS,LLC; and DOES 1through 20, inclusive,<br><br>                Defendants. | Case No. 5:14-cv-02232-PSG-SP<br><br>**CASE NO. 8:14-CV-00994-JVS-JCG**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE DISMISS PURSUANT TO FRCP 41(A)(1)(A)(II)** |

\\\

\\\

{Hunter - Stip to Dismiss;1}

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff PATRICK HUNTER ("Plaintiff"), through his counsel of record, Abbas Kazerounian of the Kazerouni Law Group, APC, and Defendants ARSTRAT, LLC, GETIXHEALTH AND CHASWARE GROUP HOLDINGS, LLC ("Defendants"), through their counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss the action of Plaintiff PATRICK HUNTER with prejudice and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

IT IS SO STIPULATED.

**KAZEROUNI LAW GROUP, APC**

Dated: February 26, 2016           s/Abbas Kazerounian
                                    Abbas Kazerounian
                                    *Attorneys for Plaintiff,*
                                    *PATRICK HUNTER*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated: February 26, 2016           s/Todd M. Friedman
                                    Todd M. Friedman
                                    *Attorneys for Plaintiff,*
                                    *PATRICK HUNTER*

**CARLSON & MESSER LLP**

Dated: February 26, 2016           s/David J. Kaminski
                                    David J. Kaminski
                                    Stephen A. Watkins
                                    *Attorneys for Defendants*
                                    *ARSTRAT, LLC, GETIXHEALTH AND*
                                    *CHASWARE GROUP HOLDINGS, LLC*

{Hunter - Stip to Dismiss;1}

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Stipulation to Dismiss with Prejudice. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation to Dismiss with Prejudice provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated**:** February 26, 2016

s/ David J. Kaminski
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
*Attorneys for Defendants*
*ARSTRAT, LLC, GETIXHEALTH AND*
*CHASWARE GROUP HOLDINGS, LLC*

{Hunter - Stip to Dismiss;1}